## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PETER HUSTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 09-cv-218-JPG |
| v. ) | |
| ) | |
| TIMOTHY CRIMM, JOHN DOE and ) | |
| RICHARD DOE, POLICE OFFICERS ) | |
| OF BELLEVILLE POLICE ) | |
| DEPARTMENT, The Identity And Number ) | |
| Of Whom is Presently Unknown To The ) | |
| Plaintiff, AND THE CITY OF ) | |
| BELLEVILLE, ILLINOIS ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT

This matter having come before the Court, and the Court having granted the plaintiff's motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice and without costs.

**NANCY J. ROSENSTENGEL, Clerk of Court**

**By:s/Deborah Agans, Deputy Clerk**

**Dated: October 23, 2009**

**Approved:**   s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**